UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-01942 JVS (KESx) | Date | 1/8/20 |
| Title | Touraj Zal v. Specialized Loan Servicing LLC, et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** Order Dismissing Action

On October 18, 2019, Defendants Specialized Loan Servicing, LLC and the Bank of New York Mellon AKA the Bank of New York, as Trustee for the Certificate holders of the CWHEQ Revolving Home Equity Loan Trust, Series 2007-A filed a motion to dismiss Plaintiff Touraj Zal's ("Zal") complaint. ECF No. 10. Zal did not oppose the motion. Accordingly, the Court granted the Motion to Dismiss on December 6, 2019. ECF No., 13. Zal has not filed an amended complaint within the allotted time. See Fed. Rul. Civ. Pro. 15. Accordingly, the Court **dismisses the action.**

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |